| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION REPORT | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Murphy III, Stephen J. | 2. Court or Organization Michigan, Eastern District | 3. Date of Report April 18, 2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge – Nominee | 5. Report Type (check appropriate type) XX Nomination, Date 4/15/2008 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/2007 to 3/31/2008 |
| 7. Chambers or Office Address 211 West Fort Street Suite 2001 Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [x] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [x] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| NONE (No such reportable gifts.) | | |
| Exempt. | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- |
| X  NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stephen J. Murphy, III | April 18, 2008 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C Gross value at end of (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Fifth Third Bank Savings Account | A | Interest | K | T | Exempt | | | | |
| 2 AIG Common Stock | | None | J | T | | | | | |
| 3 Anheuser Busch Common Stock | | None | J | T | | | | | |
| 4 Cincinnati Financial Common | B | Dividend | M | T | | | | | |
| 5 Comcast Common Stock | | None | J | T | | | | | |
| 6 Disney Common Stock | | None | J | T | | | | | |
| 7 Dow Chemical Common Stock | | None | J | T | | | | | |
| 8 Exxon Mobil Common Stock | | None | J | T | | | | | |
| 9 Fidelity Inv. Grade Bond Fund | | None | J | T | | | | | |
| 10 Fifth Third Bank Common Stock | | None | K | T | | | | | |
| 11 Harley Davidson Common Stock | | None | J | T | | | | | |
| 12 Janus Flexible Income Fund | A | Dividend | J | T | | | | | |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

|   | NONE (No reportable income, assets, or transactions) |   |   |   |   |   |   |   |   |   |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13 | Janus Fund |   | None | J | T |   |   |   |   |   |
| 14 | JNJ Common Stock |   | None | J | T |   |   |   |   |   |
| 15 | JP Morgan Chase |   | None | J | T |   |   |   |   |   |
| 16 | Merck Common Stock |   | None | J | T |   |   |   |   |   |
| 17 | Microsoft Common Stock |   | None | J | T |   |   |   |   |   |
| 18 | SEI Mutual Funds | B | Dividend | M | T |   |   |   |   |   |
| 19 | T. Rowe Price New Asia Fund | A | Dividend | J | T |   |   |   |   |   |
| 20 | U.S. Treasury Bonds - Stripped |   | None | J | T |   |   |   |   |   |
| 21 | Vangaurd Equity Income Fund | A | Dividend | K | T |   |   |   |   |   |
| 22 | Vangaurd U.S. Growth Fund |   | None | J | T |   |   |   |   |   |
| 23 | Cincinnati Insurance Life Policy |   | None | J | T |   |   |   |   |   |
| 24 | American Funds 529 Account |   | None | L | T |   |   |   |   |   |
| 25 | American Funds IRA | B | Dividend | M | T |   |   |   |   |   |
| 26 | Uhl Family Partners | E | Dist. | M | T |   |   |   |   |   |
| 27 | Bank America Money Market |   | None | O | T |   |   |   |   |   |
| 28 | Accenture |   | None | J | T |   |   |   |   |   |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 29 | Cisco Systems | | None | J | T | | | | | |
| 30 | ConocoPhillips | | None | J | T | | | | | |
| 31 | EMC Corp | | None | J | T | | | | | |
| 32 | Oracle | | None | J | T | | | | | |
| 33 | Schlumberger | | None | J | T | | | | | |
| 34 | Wellpoint, Inc. | | None | J | T | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 73 | 522 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 842 | 342 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 100 | 222 |
| Real estate owned-add schedule | | 250 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 34 | 000 | | | | |
| Cash value-life insurance | | 16 | 832 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 100 | 222 |
| | | | | Net Worth | 1 | 116 | 474 |
| Total Assets | 1 | 216 | 696 | Total liabilities and net worth | 1 | 216 | 696 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |